B2500A (Form 2500A) (12/15)

# United States Bankruptcy Court
## Northern District Of Georgia

In re: The Aliera Companies, Inc. d/b/a Aliera Healthcare, Inc., et al.,
Debtor

Case No. 21-11548 (TMH) U.S. Bankruptcy Court for the District of Delaware

Chapter 11

Aliera LT, LLC, as Liquidating Trustee for The Aliera Companies, Inc. d/b/a Aliera Healthcare Inc., et al., and Neil F. Luria, in his capacity as the Trustee of the Sharity Ministries, Inc., Liquidating Trust
Plaintiffs

v.

Synovus Bank
Defendant

Adv. Proc. No. 23-05214-jrs

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:
Clerk, U.S. Bankruptcy Court
United States Courthouse
75 Ted Turner Drive, SW
Room 1340
Atlanta, Georgia 30303

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:
Leon S. Jones
Jones & Walden LLC
699 Piedmont Avenue NE
Atlanta, Georgia 30308

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date: JAN 0 5 2024

_Vania P. Allen_, (Clerk of the Bankruptcy Court)

By: _[signature]_ (Deputy Clerk)