**IT IS ORDERED as set forth below:**



**Date: May 24, 2024**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | : | |
| | : | |
| | : | CHAPTER 11 |
| THE ALIERA COMPANIES, INC., | : | |
| d/b/a Aliera Healthcare, Inc., et al, | : | |
| Debtor, | : | CASE NO. 21-11548 (TMH) |
| | : | Currently pending in U.S. Bankruptcy |
| ............................................................... | : | Court for the District of Delaware |
| ALIERA LT, LLC, as Liquidating Trustee for | : | |
| The Aliera Companies, Inc., | : | |
| d/b/a Aliera Healthcare, Inc., et al, and NEIL F | : | ADVERSARY PROCEEDING |
| LURIA, in his Capacity as the Trustee of the | : | 23-5214-JRS |
| Sharity Ministries, Inc., Liquidating Trust, | : | |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| SYNOVUS BANK, | : | |
| Defendant. | : | |

## ORDER AND NOTICE OF STATUS CONFERENCE

IT IS ORDERED and NOTICE IS HEREBY GIVEN that a status conference in the above referenced adversary proceeding will be held in Courtroom **1404**, United States Courthouse, Richard Russell Federal Building, 75 Ted Turner Drive, SW, Atlanta, GA, at **1:30 P.M.** on the **25th** day of **June, 2024**. The status conference will be conducted remotely via Judge

Sacca's Virtual Hearing Room.   The link for the Virtual Hearing Room can be found on Judge Sacca's Chambers page: *https://www.ganb.uscourts.gov/content/honorable-james-r-sacca* Among the matters that will be discussed at the status conference will be procedures to promote judicial economy and the efficient administration of this and other adversary proceedings, including, but not limited to, what issues, if any, in this adversary proceeding could be consolidated with issues in other adversary proceedings.

    The Clerk is directed to serve the Plaintiff(s), Counsel for Plaintiff(s), Defendant(s), Counsel for Defendant(s), and the U.S. Trustee.

**END OF ORDER**